**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| KOSS CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>BOSE CORPORATION,<br><br>    Defendant. | Case No. 6:20-cv-00661-ADA |

**DEFENDANT'S REPLY IN SUPPORT OF ITS OPPOSED**
**MOTION TO DISMISS FOR IMPROPER VENUE, OR PREFERABLY**
**TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS**

**FILED UNDER SEAL**